AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Trustees of the National Retirement Fund, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  16-cv-3082(VB) |
| Midway Cap Company, | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     07/08/2016     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   AUG – 9 2016

CLERK OF COURT

CLERK

*Signature of Clerk or Deputy Clerk*

*(mmc)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NATIONAL RETIREMENT FUND, | **16-cv-3082 (VB)** |
| Plaintiffs, | |
| -against- | **DEFAULT JUDGMENT** |
| MIDWAY CAP COMPANY, | |
| Defendant. | |

This action having been commenced on April 26, 2016 by Plaintiff Trustees of the National Retirement Fund (the "Plaintiffs" or the "Retirement Fund") filing a Complaint, and Plaintiffs having served copies of the Summons and Complaint on May 11, 2016 upon Midway Cap Company (the "Defendant"), an Illinois corporation, by personal service upon Merle Sbertoli, who holds the position of President with Defendant and is authorized by law to receive service for Defendant, and proof of service of the Summons and Complaint having been filed with the Court on May 20, 2016, and Defendant not having appeared, answered or moved with respect to the Complaint, and the time for appearing, answering or moving having expired, and the Court having issued its Order to Show Cause requiring Defendant to show cause before the Court why a default judgment should not be entered against Defendant, and the Court having held a hearing pursuant to the Order to Show Cause, and Defendant having failed to appear at the show cause hearing; it is

**NOW, THEREFORE,** upon application of the Plaintiffs and upon reading the Affidavits of Jennifer Oh, Esq. duly sworn the 13th day of June 2016 and the Certificate of Ruby J. Krajick, Clerk of the Court, United States District Court of the Southern District of New York, noting the

A TRUE COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

default of Defendant for failure to appear, answer or otherwise move with respect to the Complaint; it is hereby,

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendant for audit deficiencies for the period of January 1, 2012 through and including December 31, 2014 in the principal amount of $7,522.60 as set forth in the January 15, 2016 audit bill; interest on the audit deficiencies through the date of the January 15, 2016 audit bill in the amount of $1,918.55; post-audit interest on the audit deficiencies from the date of the January 15, 2016 audit bill through the date of judgment in the amount of $376.15; and liquidated damages in the amount of $2,294.70, for a total amount due to the Plaintiffs for audit deficiencies of $12,112.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendant for interest on the late-paid March 2016 contribution in the amount of $5.17 and liquidated damages on the late-paid March 2016 contribution in the amount of $103.35, for a total amount due to the Plaintiffs for interest and liquidated damages on the late-paid March 2016 contribution of $108.52; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendant for costs of the instant action in the amount of $400.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that, given the foregoing, Plaintiffs have judgment against the Defendant in the total amount of $12,620.52; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendant restraining and enjoining permanently Defendant from becoming or remaining delinquent in its contributions to Plaintiffs and from failing to timely remit Contribution Reports to Plaintiffs, and ordering Defendant to make such contributions and remit such Contribution

2

Reports in accordance with the terms and conditions of the Retirement Fund's Agreement and Declaration of Trust and the Collective Bargaining Agreement between Defendant and the Chicago and Midwest Regional Joint Board, Workers United; and it is further

**ORDERED, ADJUDGED AND DECREED** that interest shall continue to accrue on the amounts due under this judgment at the legal rate of interest as defined in 28 U.S.C. §1961 from the date of entry of this judgment on __7 8 2016__ , 2016 until the judgment is fully satisfied; and it is further

Dated: __July 8, 2016__
White Plains, New York

_____
Hon. Vincent L. Briccetti
United States District Judge